No. 95–8794. THOMAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–8800. BURNETTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8801. BANKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8805. SMALL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–8806. APA *v.* SWEENEY, NEW YORK COMMISSIONER OF LABOR. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 95–8808. GOODEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8815. NELSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8820. CHARA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–8821. ABBAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8822. ASRAR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8823. CLEMENTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–8828. NELSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8839. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1516. FORD MOTOR CO. *v.* FULKERSON ET AL. Ct. App. Ky. Motion of Product Liability Advisory Council, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–1576. BORAWICK *v.* SHAY ET UX. C. A. 2d Cir. Motion of American Coalition for Abuse Awareness et al. for leave